**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

JOHN VINCENZI,                 :   No. 146 MAL 2017

             Petitioner        :

                                  :   Petition for Allowance of Appeal from
                                  :   the Order of the Superior Court
           v.                    :
                                  :
                                  :

ROBERT M. MORGAN AND MORGAN   :
COMPANY AND SELECTIVE         :
INSURANCE,                     :
                                  :
           Respondents     :

## ORDER

**PER CURIAM**

      **AND NOW**, this 8th day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.